IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FRANKIE ROSALES NEVAREZ,**

      **Plaintiff,**

      vs.                                    No. CIV 15-0020-LAM

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Remand (Doc. 25)*, filed December 16, 2015. Having considered the motion, the Court finds that it is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant's Unopposed Motion for Remand (Doc. 25)* is **GRANTED** and the Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings as set forth below.

**IT IS FURTHER ORDERED** that, upon remand, the Social Security Administration's Appeals Council shall vacate the Administrative Law Judge's (ALJ's) decision and remand this matter for further development and a new decision. In particular, the Appeals Council will direct the ALJ to further evaluate Plaintiff's maximum residual functional capacity (RFC), and in so doing, further evaluate the medical and other opinions of record, including the opinion of Louis Wynne, Ph.D., explaining the reasons for the weight given to these opinions. In addition,

if warranted by the expanded record, the ALJ will obtain supplemental evidence from a vocational expert at step five of the sequential evaluation process.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

SUBMITTED AND APPROVED BY: *(Prior to modification by the Court)*

*Electronically submitted 12/16/15*
MANUEL LUCERO
Assistant United States Attorney


*Approved 12/16/15*
MICHAEL ARMSTRONG
Attorney for Plaintiff