IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANKIE ROSALES NEVAREZ,

    Plaintiff,

vs.                                                                   No. CIV 15-0020-LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

# FINAL ORDER

    **PURSUANT TO** the Court's Order granting *Defendant's Unopposed Motion for Remand* *(Doc. 25)* entered concurrently herewith, the Court enters this *Final Order* under Fed. R. Civ. P. 58 **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED**.

                                                   */s/ Lourdes A. Martínez*
                                                   **LOURDES A. MARTÍNEZ**
                                                   **UNITED STATES MAGISTRATE JUDGE**
                                                   **Presiding by Consent**