IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FRANKIE ROSALES NEVAREZ,**

    **Plaintiff,**

v.                                                          **No. CIV 15-0020-LAM**

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on Plaintiff's *Opposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, With Memorandum in Support (Doc. 28)*, wherein Plaintiffs asks for an award of $4,143.52 in attorney fees. In response to the motion, Defendant states that she has no objection to Plaintiff's request for an award of attorney fees in that amount. [*Doc. 29*]. Having considered the motion, response, the record in this case, and relevant law, the Court **FINDS** that Plaintiff's motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Opposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, With Memorandum in Support (Doc. 28)* is **GRANTED**, and Plaintiff is authorized to receive **$4,143.52** for payment to Plaintiff's attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund

2

the smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**